THE GRIFFIN MARBLE, etc. WORKS *vs.* PADGETT & DARSEY.

Where, in a suit in a justice's court, judgment was rendered against the defendants, and they appealed to a jury in that court, but, on the call of the case on the appeal, they were not present, it was error for the justice for that cause to dismiss the appeal.

December 21, 1886.

*Certiorari*.    Appeal.    Before   Judge BOYNTON.    Spalding Superior Court.    February Adjourned Term, 1886.

Reported in the decision.

JOHN J. HUNT, by brief, for plaintiff in error.

T. W. THURMAN ; N. M. COLLENS, for defendant.

BLANDFORD, Justice.

The plaintiffs in error being sued in a justice's court by defendants, the justice rendered judgment against them. They entered an appeal to a jury regularly in that court. At the time the case came on for trial on appeal, the plaintiffs in error did not appear, and the justice for that cause dismissed the appeal.    They petitioned for *certiorari* to reverse this ruling of the justice's court.    The judge of the superior court dismissed the *certiorari* and affirmed the ruling of the justice's court.

This was error, as ruled by this court in *Singer Manufacturing Co. vs. Walker & Co.* during present term.

Judgment reversed.